# BILL OF COSTS

## TEXAS COURT OF APPEALS, SEVENTH DISTRICT, AT AMARILLO

No. 07-15-00194-CV

**In the Interest of G.D., a Child**

(No. 2014-511,239 IN 364TH DISTRICT COURT OF LUBBOCK COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Supreme Court chapter 51 fee | $50.00 | INDIGENT | Artie Aguilar |
| Filing | $100.00 | INDIGENT | Artie Aguilar |
| Indigent | $25.00 | INDIGENT | Artie Aguilar |
| Statewide efiling fee | $20.00 | INDIGENT | Artie Aguilar |

**Balance of costs owing to the Seventh Court of Appeals, Amarillo, Texas: $0.00**

*Court costs in this cause shall be paid as per
the Judgment issued by this Court.*

I, **VIVIAN LONG, CLERK** OF THE SEVENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SEVENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Seventh District of Texas on November 17, 2015.

*Vivian Long*
**VIVIAN LONG, CLERK**